**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No. 96-54018 |
| | : | |
| The Flxible Corporation | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Caldwell |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check in the amount of $16,441.51 cents represents an interim sum of unclaimed and small dividends with regard to medical claims in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are on the attached list.

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| SEE ATTACHED | | |
| Total Unclaimed/Small Dividends $25.00 or Under | | Total Unclaimed Dividends Over $25.00 |
| $ 0.00 | | $16,441.51 |

Dated: September 13, 2010             /s/   Myron N. Terlecky
                                      Myron N. Terlecky, Trustee

| Case Name | Address | City | State | Amount of Dividend | Claim Number |
|---|---|---|---|---:|---|
| JIMMIE F FURNO | 1703 Westminister Rd | Marion | OH | $775.95 | 647 |
| ROBERTA S GOOD | 15 E  Heffner | Delaware | OH | $26.89 | 648 |
| Maynard M. Munday | 16 Orchard Heights | Delaware | OH | $27.24 | 729 |
| Beeson Robert J. | 6041 Rocky Rill Rd. | Columbus | OH | $57.22 | 745 |
| Thompson James F. | 372 Orchard Canyon | Delaware | OH | $7.13 | 757 |
| Smetzer Ina D. | 126 S  Jefferson | Loudonville | OH | $15.28 | 814 |
| Irwin Kevin H. | 2856 CO  RD  15 | Marengo | OH | $52.30 | 832 |
| Kroninger Opal D. | 4040 CR 132 | Cardington | OH | $235.71 | 874 |
| Smith Allen M. | 5308 Rt  1 Star St | Centerburg | OH | $244.28 | 911 |
| Smith Allen M. | 5308 Rt  1 Star St | Centerburg | OH | $1,321.17 | 913 |
| White Ronald E. | 434 South State | Marion | OH | $17.12 | 968 |
| Veach John  B. | 1181 Fairwood Ave. | Marion | OH | $32.85 | 1076 |
| Bay Misty D. | 73 Muirwood Village Dr. | Delaware | OH | $65.79 | 1088 |
| Jones Jeffrey B. | 4183 N 3B s & K Rd. | Sunbury | OH | $1,643.71 | 1089 |
| Barry Danielle R. | 6123 Marion Waldo Rd. | Marion | OH | $42.92 | 1119 |
| Chornak Gregory A. | 1737 S  Clementine St | Oceanside | CA | $272.63 | 1152 |
| King Henry L. | 416 W Campbell St. | Loudonville | OH | $11.01 | 1165 |
| Flack Jon S. | 133 Gilead St. | Cardington | OH | $8.04 | 1188 |
| Garber Todd E. | 213 S Main St | Ostrander | OH | $6.60 | 1203 |
| Arnholt Pauline M. | 9401 Glen Moore Lane | Port Richey | FL | $102.00 | 1228 |
| Jasenak Frank O. | 1116 Charwood Rd. | Mansfield | OH | $37.24 | 1232 |
| Nicol Wayne E. | 1641 SR  23N | Delaware | OH | $82.19 | 1234 |
| Harris Alan L. | 162 S  Washington St | Delaware | OH | $486.14 | 1262 |
| Buckland Willie P. | 111 Main St. | Summerfield | OH | $6.86 | 1271 |
| Morrison Robert R. | 7110 CR 57 | Mansfield | OH | $283.47 | 1482 |
| Becker Richard J. | 126 Channing St | Delaware | OH | $52.23 | 1491 |
| Adkins James B | 57 Sherman Ave | Shelby | OH | $75.77 | 1493 |
| Lanzillotta David J | 1551 Deer Crossing Ln | Worthington | OH | $33.59 | 1496 |
| McCollum Wilbert P. | 5 Grange Ave. | Mt Vernon | OH | $10.89 | 1501 |
| Wall Kurt D. | 21009 Peoria Loop | Raymond | OH | $81.45 | 1517 |
| Scheibe Richard D. | Box 158 | Killbuck | OH | $88.57 | 1542 |
| Kissinger Robert W. | 125 N  Clinton St | Richwood | OH | $242.17 | 1548 |
| Plank Paul C. | 437 E  Main St | Loudonville | OH | $89.14 | 1610 |
| Lechleitner Fred H. | 467 Claridon Ave. | Marion | OH | $34.35 | 1675 |
| Woods Daniel E. | PO Box 2691 | Belleview | FL | $519.02 | 1726 |
| Wells Gloria J. | P O Box 411 | Loudonville | OH | $501.67 | 1738 |

| | | | | | |
|---|---|---|---|---|---|
| Smith Jesse W. | 2448 Peachblow Rd. | Delaware | OH | $9.02 | 1748 |
| Oliver James G. | 201 N Mt Vernon Ave | Loudonville | OH | $1,511.08 | 1753 |
| Garnow Ronnie | c/o Optioncare PO Box 75424 | Chicago | IL | $66.91 | 1774 |
| Craner Betty | c/o Optioncare PO Box 75424 | Chicago | IL | $588.00 | 1775 |
| Simpson Alvin L. | 28 Plaza Dr. 1 | Mt Vernon | OH | $467.93 | 1796 |
| Flanigan III Joseph B. | 2039 Mackenzie Drive | Columbus | OH | $20.12 | 1801 |
| Barr Susan H. | 68 Curtis St. | Delaware | OH | $24.98 | 1836 |
| Scarbury William D. | 545 N. County Line Rd. | Sunbury | OH | $163.38 | 1842 |
| Travis Donna M. | 1036 Hillsmiller Rd. | Delaware | OH | $27.49 | 1863 |
| Travis Donna M. | 1036 Hillsmiller Rd. | Delaware | OH | $4.90 | 1869 |
| RICHARD POLING | 16 MARVIN LN | DELAWARE | OH | $7.20 | 626MC |
| RODGER K STONER | RTE 1 23334 GESSLING | GLENMONT | OH | $4.70 | 792MC |
| ANDREW W BROWN | 1415 RIDING MALL | SOUTH BEND | IN | $19.66 | 810MC |
| AROL D STETSON | 5249 TR 191 | Marengo | OH | $117.93 | 850MC |
| LINDA L PHILLIPS | 3290 STATE RTE 37 W | DELAWARE | OH | $6.02 | 872MC |
| HENRY T BELL | 17 DECATUR DR | MOUNT VERNON | OH | $68.95 | 882MC |
| DONNA M RICHARDSON | 176 N. Sandusky St. | DELAWARE | OH | $15.29 | 892MC |
| JAMES D SNEPP | 16141 OLD MANSFIELD RD | FREDERICKTOWN | OH | $6.97 | 917MC |
| RALPH D BROWN JR | 3882 CHICKORY AVE | GAHANNA | OH | $68.86 | 956MC |
| MELANIE S KISTNER | 183 MUIRWOOD VILLAGE DR | DELAWARE | OH | $9.11 | 1028MC |
| Jeffrey R. Mattox | 7282 Columbus Rd. | Mt. Vernon | OH | $316.60 | 1057MC |
| MARSHALL R BARNETT | 4911 TR 179 | MARENGO | OH | $1,593.36 | 1060MC |
| DEBRA L LONG | 11 N 3RD ST | OSTRANDER | OH | $94.15 | 1090MC |
| TERRI A LEE | 31107 SE 353RD ST | ENUMCLAW | WA | $11.23 | 1109MC |
| ELIZABETH J LOVETT | 387 TROY RD | DELAWARE | OH | $48.58 | 1140MC |
| DONALD W FULMER | 519 ANNETTE CT | WEST JEFFERSON | OH | $170.07 | 1148MC |
| GREGORY A CHORNAK | 1737 S CLEMENTINE ST | OCEANSIDE | CA | $5.48 | 1153MC |
| CYNTHIA Z REED | 533 TWP RD 2802 | LOUDONVILLE | OH | $4.95 | 1185MC |
| SCOTT A HIEATT | 2431 WYNCOURTNEY CT | POWELL | OH | $34.49 | 1199MC |
| ALBERT L WEAVER | 620 COUNTY RD 26 | MARENGO | OH | $3.89 | 1211MC |
| LOWELL C HARRAH | 7326 SR 19 2408 | Mt. Gilead | OH | $16.27 | 1217MC |
| Good Roberta S | 15 E Heffner | Delaware | OH | $16.71 | 1224MC |
| KEITH A ROBINSON | 3429 TWP RD 21 | MARENGO | OH | $66.86 | 1486MC |
| ANN T ARNHOLT | 130 GRANITE CT | DELAWARE | OH | $3.21 | 1487MC |
| JOHN L MACCALLUM | 229 ROCK CREEK DR | DELAWARE | OH | $1.78 | 1490MC |
| PENNY L MEY | 1901 BERLIN STATION RD | DELAWARE | OH | $18.99 | 1541MC |

| Name | Address | City | State | Amount | ID |
|---|---|---|---|---|---|
| DENNIS L SNYDER | 293 COTTSWOLD DR | DELAWARE | OH | $11.14 | 1545MC |
| JAMES S CLARK | 8750 W OAKWOOD DR | RICHWOOD | OH | $161.43 | 1547MC |
| JUANITA J HOWILER | 1380 Yauger Rd. Apt 113 | Mt. Vernon | OH | $3.94 | 1558MC |
| RICHARD D HUNTER | 75 OAK ST | DELAWARE | OH | $124.73 | 1559MC |
| RAYMOND D MURFIELD | 100 Rolling Meadows Dr. Apt. D | DELAWARE | OH | $66.74 | 1580MC |
| RICHARD E VANSICKLE | 741 MT VERNON AVE | MARION | OH | $34.45 | 1609MC |
| JAMES L STIFFLER SR | 6498 CR 15 | Centerburg | OH | $8.60 | 1612MC |
| RAY A GROGG | 715 Robinson St. | Marion | OH | $20.06 | 1613MC |
| RICHARD R GLASTON | P O BOX 23721 | FEDERAL WAY | WA | $124.34 | 1633MC |
| DEBORAH L STECK | 190 Diverson Way | DELAWARE | OH | $60.04 | 1646MC |
| JEFFREY B JONES | 4183 N 3B S & K RD | SUNBURY | OH | $1,616.51 | 1666MC |
| JAMES R MITZENBERGER | 12901 SUNFLOWER AVE | ST JOHN | IN | $53.75 | 1717MC |
| CHARLES R HART | 12838 BROWN BARK TRAIL | DELAWARE | OH | $28.75 | 1720MC |
| JERRY W MAPES | 262 STORINGTON RD | WESTERVILLE | OH | $20.91 | 1722MC |
| KARLA L NEACE | 27 BIRCH ROW DR | DELAWARE | OH | $21.16 | 1750MC |
| ROBERT F NEININGER JR | 1320 OAK KNOLL CT | MARYSVILLE | OH | $25.67 | 1792MC |
| KEVIN W EGAN | 15861 PLEASANT VIEW | MOUNT VERNON | OH | $20.01 | 1814MC |
| William L. Webb | 634 Mill Rd. | Loudonville | OH | $418.43 | 1861MC |
| STACY A STRICKLEN | 558 SNYDER DR | LOUNDONVILLE | OH | $26.41 | 1867MC |
| RONALD J MAIN | P O BOX 156 | JEROMESVILLE | OH | $24.79 | 1877MC |
| RICHARD H LIFER | 232 N UNION ST | LOUDONVILLE | OH | $348.75 | 1879MC |
| COLLEEN WYBER | 22 MERELINE AVE | AVENEL | NJ | $15.19 | 1893MC |
| | | | **Total:** | **$16,441.51** | |