**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No. 96-54018 |
| | : | |
| The Flxible Corporation | : | Chapter 7 |
| | : | |
| Debtor. | : | Judge Caldwell |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check in the amount of $7,893.79 represents an interim sum of unclaimed and small dividends with regard to wage claims in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are on the attached list.

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| SEE ATTACHED | | |

| Total Unclaimed/Small Dividends $25.00 or Under | | Total Unclaimed Dividends Over $25.00 |
|---|---|---|
| $ 0.00 | | $7,893.79 |

Dated: October 26, 2010

   /s/   Myron N. Terlecky
Myron N. Terlecky, Trustee

| Ref No | Name | Address | City | State | Zip code | Amount of Dividend |
|---|---|---|---|---|---|---|
| 10523 | LESTER L LECKERONE | 104 W BURWELL AVE | LOUDONVILLE | OH | 44842 | $251.82 |
| 10525 | Jack Anderson | 663 North Sandusky St. | Mt. Vernon | OH | 43050 | $17.14 |
| 10526 | Robert P. Andrix | 6062 Case Rd. | Columbus | OH | 43224 | $22.84 |
| 10530 | William Barr | 265 E. Farming St. | Marion | OH | 43302 | $18.27 |
| 10532 | Larry K. Beard | 1203 CR 26 | Marengo | OH | 43334 | $22.71 |
| 10537 | James R. Berkeley | 3554 CR #15 | Marengo | OH | 43334 | $49.96 |
| 10538 | Brian R. Bills | 751 Fern Dr. | Delaware | OH | 43015 | $22.84 |
| 10541 | Ralph Boggs | 12971 Vans Valley Rd. | Galena | OH | 43021 | $22.65 |
| 10543 | Gary A. Bosley | 523 Union St. | Nevada | OH | 44849 | $22.84 |
| 10544 | Ernest Bowers | 4245 Gilbert Rd. | Centerburg | OH | 43011 | $17.00 |
| 10546 | Danny R. Brooks | 808 Ravine Ridge Dr. | Delaware | OH | 43015 | $0.57 |
| 10547 | John E. Brown | 6463 Capaldi Dr. | Marion | OH | 43302 | $34.25 |
| 10553 | Craig Christman | 6210 Maloney Rd. | Ashley | OH | 43003 | $67.75 |
| 10557 | Fabian M. Conteras | 15539 Old Mansfield | Fredricktown | OH | 43019 | $45.67 |
| 10558 | Kenneth Cooper | 57 David St. | Delaware | OH | 43015 | $41.10 |
| 10560 | Paul D. Crevison | 324 Ottawa St. | Richwood | OH | 43344 | $16.95 |
| 10561 | James R. Croak | 225 S. Sandusky #59 | Delaware | OH | 43015 | $65.37 |
| 10563 | Billy E. Deweese | 2469 Lincoln Twp. 16 | Cardington | OH | 43315 | $91.34 |
| 10566 | David G. Dudgeon | 2269 CR 166 | Cardington | OH | 43315 | $69.07 |
| 10570 | Michael L. Fleming | 869 Marion-Cardington Rd. | Marion | OH | 43302 | $17.14 |
| 10572 | Lee A. Frey | 3294 Co. Rd. 169 | Cardington | OH | 43315 | $22.84 |
| 10574 | Russell Garris | 7171 SR #229 | Marengo | OH | 43334 | $25.84 |
| 10579 | Elizabeth Greene | 65 Neil St. Apt. 3 | Delaware | OH | 43015 | $55.89 |
| 10581 | Kathleen M. Hall | 66 Colfret Ct. | Delaware | OH | 43015 | $45.67 |
| 10582 | Harold B. Harwell | 15572 Carson Rd. | Mt. Vernon | OH | 43050 | $27.41 |
| 10584 | Robert S. Hawkins | 103 Muirwood Dr. | Delaware | OH | 43015 | $82.21 |
| 10586 | Michael W. Hensel | 900 Kingwood Dr. | Marion | OH | 43302 | $45.67 |
| 10587 | Ray L. Hite | Box 44 Church St. | Sparta | OH | 43350 | $90.83 |
| 10593 | Shawn Huffman | 2121 Panhandle Rd. #35 | Delaware | OH | 43015 | $22.84 |
| 10597 | Juanita James | 22 Birch Row Dr. | Delaware | OH | 43015 | $9.13 |
| 10600 | Randy D. Johnson | 124 E. Main St. | Plain City | OH | 43064 | $45.67 |
| 10601 | Steven R. Johnson | 330 W. Railroad St. | Calion | OH | 44833 | $22.82 |
| 10603 | John F. Kegley | 1366 Old Winchester Rd. | Bucyrus | OH | 44820 | $22.52 |
| 10611 | Debra Long | 11 N. 3rd St. | Ostrander | OH | 43061 | $75.52 |
| 10612 | Frank Long | 9921 Ashley Rd. | Ashley | OH | 43003 | $45.16 |
| 10616 | Nicholas Malo | 126 Brenner Ct. | Marion | OH | 43302 | $22.84 |

| | | | | | | |
|---|---|---|---|---|---|---:|
| 10621 | Anthony L. McGlothlin | 779 Blaine Ave. | Marion | OH | 43302 | $20.55 |
| 10623 | Danny Moore | 206 W. High St. | Ashley | OH | 43003 | $4.52 |
| 10624 | James A. Moore | 523 Girard Ave. | Marion | OH | 43302 | $4.57 |
| 10628 | Armando Munoz | 627 W. 3rd. St. | Marysville | OH | 43040 | $82.21 |
| 10629 | Luis T. Munoz | 124 Barnhart St. | Marion | OH | 43302 | $3.99 |
| 10630 | Bobby N. Nesbitt | 1665 Roseview Dr. | Columbus | OH | 43209 | $11.41 |
| 10631 | John E. Parkinson Jr. | 257 Feis Ave. | Marion | OH | 43302 | $137.01 |
| 10633 | Edward W. Parsons | 4515 TWP #114 | Mt. Gilead | OH | 43338 | $45.67 |
| 10636 | Gerold Paxton | 2121 Panhandle Rd. | Delaware | OH | 43015 | $1.71 |
| 10638 | Charles Pennypacker | 72 CR #24 | Marengo | OH | 43334 | $22.84 |
| 10641 | Jeffrey D. Price | 104 Vaughn Rd. | Delaware | OH | 43015 | $22.84 |
| 10643 | Barry L. Ratliff | 1841 Mathney Ave. | Marion | OH | 43302 | $34.25 |
| 10650 | Steven Roush | PO Box #1 107 Main St. | Waldo | OH | 43356 | $23.12 |
| 10653 | Edra Lynn Scheeler | 1409 Missouri Ave. | Delaware | OH | 43015 | $22.84 |
| 10654 | James Schilliger | 20 Willow St. | Delaware | OH | 43015 | $68.51 |
| 10657 | Thomas L. Schumacher | 247 S. Liberty St. A-1 | Delaware | OH | 43015 | $64.80 |
| 10661 | James A. Shumate | 869 Savannah Dr. | Marion | OH | 43302 | $45.67 |
| 10662 | Alvin L. Simpson | 933 W. High St. | Mt. Vernon | OH | 43050 | $34.25 |
| 10665 | Jesse W. Smith | 2488 Peachblow Rd. | Delaware | OH | 43015 | $11.41 |
| 10668 | William H. Smith | Starr St. Rich Hill | Centerburg | OH | 43011 | $90.58 |
| 10669 | Gary A. Staley | 6427 Co. Rd. #100 | Mt. Gilead | OH | 43338 | $33.96 |
| 10670 | Gregory D. Stevens | 2022 Victory Rd. Lot 111 | Marion | OH | 43302 | $22.84 |
| 10671 | James W. Stewart | 128 1/2 Shepper Ave. | Plain City | OH | 43064 | $90.58 |
| 10676 | Lori Terry | 40 Loveless St. Box 32 | Ostrander | OH | 43061 | $90.33 |
| 10680 | Roy D. Underwood | 4423 Co Rd. 25 | Marengo | OH | 43334 | $11.41 |
| 10681 | Ronnie M. Vanhoose II | 6987 Steamtown Rd. | Ashley | OH | 43003 | $22.59 |
| 10682 | Thomas W. Vanhorn | 3404 CR 20 Rt. #3 | Cardington | OH | 43315 | $45.42 |
| 10683 | Joseph L. Vermillion | 255 Fairview Dr. | Sunbury | OH | 43074 | $36.23 |
| 10684 | Robert L. Waller Jr. | 582 1/2 E. Center St. | Marion | OH | 43302 | $17.14 |
| 10685 | Kevin L. Ward | 989 Carlisle Ave. | Columbus | OH | 43224 | $22.84 |
| 10686 | William Welch | 1330 Hanover Rd. #1 | Delaware | OH | 43015 | $91.34 |
| 10688 | Debra S. West | 106 Deerfield Dr. | Delaware | OH | 43015 | $22.84 |
| 10692 | Jacob A. Wickline | 5292 Main St. | Centerburg | OH | 43011 | $22.65 |
| 10697 | Daniel E. Woods | 10857 Old Delaware Rd. | Mt. Vernon | OH | 43050 | $34.25 |
| 10706 | Kevin D. Banks | 1085 Jane Avenue | Mansfield | OH | 44905 | $22.84 |
| 10710 | Ronald C. Beck | Box 521 | Danville | OH | 43014 | $41.70 |
| 10712 | Anthony L. Benson | PO Box 5407 | Mansfield | OH | 44901 | $45.67 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10713 | Windom W. Booher | 1166 TR 2306 | Perrysville | OH | 44864 | $22.84 |
| 10714 | Gary D. Bradley | Rd. 1, 735 N. Spring St. | Loudonville | OH | 44842 | $40.83 |
| 10715 | Mayola Brock | 312 Greenlawn Ave. | Mansfield | OH | 44902 | $34.25 |
| 10717 | Tracy E. Brooks | 692 McPherson | Mansfield | OH | 44903 | $4.57 |
| 10722 | Kenneth W. Butler | 115 N. Concord St. | Mt. Vernon | OH | 43050 | $68.51 |
| 10723 | Michael Cagnon | 301 W. Curtis St. | Mt. Vernon | OH | 43050 | $22.84 |
| 10724 | John M. Campbell | Box 155 Rt. 36 | Howard | OH | 43028 | $149.01 |
| 10726 | Lowell C. Carroll | 1093 Fairfax Ave | Mansfield | OH | 44906 | $45.67 |
| 10729 | Roger Christine Jr. | 944 Mill Road | Loudonville | OH | 44842 | $70.93 |
| 10732 | Dale P. Criss | 676 S Lex-Springmill Rd. | Mansfield | OH | 44903 | $34.25 |
| 10733 | Kenneth Darr | 191 Main St. | Butler | OH | 44822 | $22.84 |
| 10734 | William H. Doup | 950 Beech St. | Mt. Vernon | OH | 43050 | $20.55 |
| 10740 | Daniel F. Ernsberger | 13241 Toms Road | Bellville | OH | 44813 | $17.14 |
| 10744 | Juanita B. Ewing | 306 E. First St. | Mansfield | OH | 44903 | $11.41 |
| 10745 | Jeffrey R. Fisher | 420 Melody Lane | Mansfield | OH | 44905 | $1.71 |
| 10747 | Michael A. Franz | 889 N. Spring St. | Loudonville | OH | 44842 | $45.04 |
| 10755 | Larry Griffin | 69 Bowman St. | Mansfield | OH | 44903 | $17.14 |
| 10757 | Robert E. Hastings | 535 Spring St. | Wooster | OH | 44691 | $45.67 |
| 10768 | Effie Jones | 69 Adams St. | Mansfield | OH | 43902 | $22.84 |
| 10772 | Ronald Klepatzki | Rt. 1 11320 TR 252 | Killbuck | OH | 44637 | $68.51 |
| 10776 | Alta Looney | 820 Valleywood Heights | Howard | OH | 43028 | $41.10 |
| 10785 | John E. McClain | 16377 Millersburg Rd. | Danville | OH | 43014 | $55.99 |
| 10789 | Don D. McManaway | 36 Zent Ave. | Fredericktown | OH | 43019 | $78.79 |
| 10790 | David L. McPeek | 745 Pulver List Rd. | Mansfield | OH | 44905 | $22.84 |
| 10795 | John L. Mizer | 18130 Freder-Amity Rd. | Fredericktown | OH | 43019 | $59.94 |
| 10796 | William E. Mohler | Box 43 | Blissfield | OH | 43805 | $23.98 |
| 10798 | Leroy Moore | 378 Dale Ave. | Mansfield | OH | 44903 | $22.84 |
| 10805 | Hubert E. Parsons | Box 327 | Brinkhaven | OH | 43006 | $114.17 |
| 10808 | Vicki Patterson | 630 Oak St., Lot 32 | Mansfield | OH | 44907 | $11.41 |
| 10809 | James S. Perdue | 616 Johns Ave. | Mansfield | OH | 44903 | $5.71 |
| 10812 | Robert Piar | Box 339 # 8 Washington | Danville | OH | 43014 | $111.95 |
| 10816 | Gerald D. Pyers | 7820 TR551 | Holmesville | OH | 44633 | $67.65 |
| 10819 | Jeffrey K. Rice | 338 S. Clay St. | Millersburg | OH | 44654 | $17.14 |
| 10820 | Sunny Rice | 2227 Blachyville Rd. | Wooster | OH | 44691 | $45.67 |
| 10824 | Daniel Roney | 7980 Twp Rd. 462 | Loudonville | OH | 44842 | $22.52 |
| 10826 | Robert Ross | 3301 CR 739 | Loudonville | OH | 44842 | $22.52 |
| 10827 | Terrance Rush | 678 Park Ave. E. Rd. | Mansfield | OH | 44905 | $11.41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10828 | Logan R. Russell | Box 244 | Brinkhaven | OH | 43006 | $91.34 |
| 10835 | Robert Setser | 1124 Pawnee Ave. | Mansfield | OH | 44906 | $22.84 |
| 10836 | Judith A. Shambauch | 2568 Co. Rd. 37 | Lakeville | OH | 44638 | $22.84 |
| 10845 | Audrey Spencer | 996 S. Main, Apt 7 | Mansfield | OH | 44907 | $22.84 |
| 10851 | Stanley L. Stanger | 2709 St. Route 60 | Loudonville | OH | 44842 | $106.40 |
| 10853 | Angeline Stephenson | 3212 Pleasant Valley Rd. | Lucas | OH | 44834 | $68.51 |
| 10855 | Daniel H. Stroh | 980 CR 3006 | Perrysville | OH | 44864 | $45.04 |
| 10856 | Michael Stroh | 14788 TWP RD. 464 | Lakeville | OH | 44638 | $13.70 |
| 10860 | Timothy N. Taylor | 2860 CR 775 | Loudonville | OH | 44842 | $90.07 |
| 10863 | Arthur Trent | Box 7157 | Mansfield | OH | 44905 | $66.22 |
| 10864 | Eric A. Trotter | PO Box 5017 | Mansfield | OH | 44901 | $45.67 |
| 10867 | Roger Wachtel | 2810 SR #60 | Loudonville | OH | 44842 | $82.30 |
| 10869 | Charles J. Ware | 627 N. Market St. | Loudonville | OH | 44842 | $94.57 |
| 10871 | Virgil G. Wears | 11912 Mill St. | Howard | OH | 43028 | $34.25 |
| 10875 | Kenneth Wilson | 6311 Twp. Rd. 451 | Loudonville | OH | 44842 | $54.04 |
| 10880 | Wayne E. Miller | 6270 TR 323 Rt. 1 | Millersburg | OH | 44654 | $62.80 |
| 10884 | Robert R. Morrison | 7110 CR 57 | Mansfield | OH | 44904 | $18.07 |
| 10897 | Husted David N. | 442 Magnolia Dr. | Delaware | OH | 43015 | $0.29 |
| 10900 | Davis Charles E. | 42 Hanford St. | Columbus | OH | 43206 | $22.84 |
| 10902 | Holloway James C. | 2050 Lewis Ctr Rd | Lewis Center | OH | 43050 | $45.67 |
| 10903 | Reeder Carl L. | 1455 Twp Rd. 159 | Cardington | OH | 43315 | $38.03 |
| 10907 | Howiler Juanita J. | 84 Deerfield Pl. | Delaware | OH | 43015 | $82.06 |
| 10957 | Oller Robert L. | 35 Bernard Ave. | Delaware | OH | 43015 | $65.08 |
| 10968 | Moss Deborah L. | 86 Orchard Hgts. | Delaware | OH | 43015 | $42.16 |
| 10972 | Stetson Cheryll L. | 4040 Cty Rd 132 | Cardington | OH | 43315 | $65.82 |
| 10973 | Smith James H. | 17 E Main St Box 126 | Sparta | OH | 43350 | $14.10 |
| 10975 | Sidders Roger L. | 62 Joy Ave. | Delaware | OH | 43015 | $21.33 |
| 10978 | Phillips Linda L. | 3290 SR 37 W | Delaware | OH | 43015 | $21.46 |
| 10980 | Richardson Donna M. | 4 Hedgerow Lane | Delaware | OH | 43105 | $48.80 |
| 10994 | Hall Frederick J. | 66 Colfret Ct. | Delaware | OH | 43015 | $90.39 |
| 11003 | Mayle Pamela S. | 2197 Woodard Ave. | Columbus | OH | 43219 | $42.67 |
| 11010 | Miller Terry B. | 2100 Cassel Rd. | Butler | OH | 44822 | $86.78 |
| 11012 | Harrah Lowell C. | 6605 Mar Agosta Rd 207 | Marion | OH | 43302 | $74.67 |
| 11014 | Good Roberta S | 15 E Heffner | Delaware | OH | 43015 | $85.84 |
| 11015 | Webb George E. | 138 N Union St | Delaware | OH | 43015 | $87.52 |
| 11018 | Miller Terry R. | 635 Wooster RD1 | Loudonville | OH | 44842 | $106.97 |
| 11023 | Hunter Kathleen L. | 202 Ridgewood ave. | Mt Vernon | OH | 43050 | $85.67 |

| | | | | | | |
|---|---|---|---|---|---|---:|
| 11024 | Hodge Russell D. | 84 Eaton St. | Delaware | OH | 43015 | $331.03 |
| 11030 | DAVID A THOMPSON | 52 Columbus Ave. | Delaware | OH | 43015 | $54.24 |
| 11033 | Zinn William F. | 255 Springwood Lane | Marysville | OH | 43040 | $65.17 |
| 11034 | Raver Ronald | 5735 SR 521 | Kilbourne | OH | 43032 | $71.51 |
| 11036 | Robinson Keith A. | 3429 TWP Rd 21 | Marengo | OH | 43334 | $88.60 |
| 11041 | Phillips Connie D. | 53 Bernard Ave. | Delaware | OH | 43015 | $79.95 |
| 11045 | Fetty Eddie L. | 141 Winter St. | Waldo | OH | 43356 | $43.38 |
| 11049 | Shelhorn Ruthann | 3463 Simmons Church Rd. | Centerburg | OH | 43011 | $49.55 |
| 11050 | Hunter Richard D. | 75 Oak St | Delaware | OH | 43015 | $87.87 |
| 11051 | Hite Rosemary M. | 125 Lori Lane E | Delaware | OH | 43015 | $59.96 |
| 11052 | Donaldson John D. | 1715 E Blake St | Columbus | OH | 43219 | $21.70 |
| 11056 | McKinley Keith A. | 1310 Stratford Rd. | Delaware | OH | 43015 | $72.31 |
| 11059 | Benedict Ronald D. | 796 Prospect Mt Vern Rd | Prospect | OH | 43342 | $10.66 |
| 11061 | Rutherford Wayne E. | 2573 Bean Oller Rd. | Delaware | OH | 43015 | $26.29 |
| 11064 | Reed Carol S. | PO Box 147 | Marengo | OH | 43334 | $44.03 |
| 11072 | Bechtel Keith A. | 159 1/2 Markey Street | Bellville | OH | 44813 | $68.69 |
| 11076 | Looney Pamela K. | 232 S State St | Marion | OH | 43302 | $64.42 |
| 11082 | Clark Danny | 4423 Main St | Radnor | OH | 43066 | $75.08 |
| | | | | | **TOTAL:** | **$7,893.79** |