# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15
(405) 340-4900 ext 15

November 11, 2010

*[Handwritten: 11-15-10 Steven, ok to pay $1,643.71 / 1,616.51 / $3,260.22 — Sandy]*

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
SOUTHERN DISTRICT OF OHIO
170 N. High Street
Columbus, OH 43215
Attn: Sandy Eckstein

Re: SOUTHERN DISTRICT OF OHIO APPLICATION FOR ORDER DIRECTING PAYMENTOF FUNDS TO CREDITOR/CLAIMANT

Case No: 96-54018
Debtor: Flxible Corporation (The)
Creditor/Claimant: Jeffrey B. Jones
Amount: $3,260.22

Dear Ms. Eckstein:

Enclosed is a Proposed **Order** Directing Payment of Funds to Creditor/Claimant relating to the referenced matter. The **Application** for order Directing Payment of Funds to Creditor/Claimant was filed on 10/5/2010. The 21 day "waiting period" has expired.

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/kjc
Enclosure

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF THE STATE OF OHIO

IN RE: )
) Case No. 96-54018
Flxible Corporation (The), )
) Chapter 7
DEBTOR )
) Judge: Charles M Caldwell

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the application of Jeffrey B. Jones, (the "Claimant") (Docket No. 575) a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. Seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the

approximate amount of $3,260.22) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

**IT IS SO ORDERED.**

Copies to: Default List

Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 S. Boulevard, Suite 200
Edmond, OK 73013

United States Attorney
Attn: Civil Process Clerk
303 Marconi Boulevard, 2nd Floor
Columbus, OH 43215

###