Form a0ogrfnd

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re: Flxible Corporation (The)

Debtor(s)

SSN/TAX ID:
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

Case No.: 2:96–bk–54018

Chapter: 7

Judge: Charles M Caldwell

---

**Order Granting Motion for Payment of Unclaimed Funds**

This matter is before the Court on a Motion for Payment of Unclaimed Funds (Doc. #591) filed by Greg Griffith on December 28, 2010. It appears to the Court that the Motion is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $1,593.36 to the order of Marshall R. Barnett at the following address:

Att Greg Griffith
American Property Loc. Inc.
3855 South Blvd. Ste 200
Edmond, OK 73013

**IT IS SO ORDERED.**

Dated: February 23, 2011

Charles M Caldwell
United States Bankruptcy Judge

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215