Form a0ogrfnd

# United States Bankruptcy Court
## Southern District of Ohio
170 North High Street
Columbus, OH 43215-2414

| | |
|---|---|
| In Re: Flxible Corporation (The) | Case No.: 2:96-bk-54018 |
| Debtor(s) | Chapter: 7 |
| SSN/TAX ID: 31-1070938 | Judge: Charles M Caldwell |

### Order Granting Motion for Payment of Unclaimed Funds

This matter is before the Court on a Motion for Payment of Unclaimed Funds (Doc. #592) filed by Greg Griffith on February 17, 2011. It appears to the Court that the Motion is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $1,511.08 to the order of James G. Oliver at the following address:

Att Greg Griffith
American Property Locators, Inc.
3855 South Blvd, Ste. 200
Edmond, OK 73013

**IT IS SO ORDERED.**

Dated: March 23, 2011

Charles M Caldwell
United States Bankruptcy Judge

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215